IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ORLANDO LEWAYNE PILCHER　　　　　　　　　　　　　　　　　PETITIONER
Reg #12165-042

v.　　　　　　　　　2:18cv00159-JM-JJV

GENE BEASLEY,
Warden, FCI – Forrest City　　　　　　　　　　　　　　　　　　RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 14th day of March, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES M. MOODY, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE